OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, the motion to suppress granted and a new trial ordered.
 

 In the absence of factual findings by the trial court and the Appellate Division that the officers had probable cause to arrest defendant, we cannot say that the search of his duffel bag was lawful. (See
 
 People v Gokey,
 
 60 NY2d 309;
 
 People v Smith,
 
 59 NY2d 454; cf.
 
 People v Harrison,
 
 57 NY2d 470.)
 

 Chief Judge Cooke and Judges Jasen, Jones, Wachtler, Meyer, Simons and Kaye concur.
 

 On review of submissions pursuant to section 500.4 of the Rules of the Court of Appeals (22 NYCRR 500.4), order reversed, motion to suppress granted and a new trial ordered in a memorandum.